Porter
8p 562
126 266

### STEELMAN *VS.* OWEN.

1. On an appeal from the judgment of a justice of the peace, where the sum in controversy exceeds twenty dollars :—a declaration, or statement of the cause of action, is necessary.

2. And, in such a case, when the sum is not ascertained, a jury must also be impanneled to enquire of the damages.

Error to the Circuit court of Pike.

Appeal from a justice of the peace.

This action was commenced before a justice of the peace, by the defendant in this court, against the plaintiff. There did not appear to have been any judgment rendered by the justice, further than might be inferred from the appeal bond, which recited, that judgment was rendered for plaintiff below.

An appeal being taken to the Circuit court of Pike county,—at the Fall term, eighteen hundred and thirty-five, of that court, an order was made, referring the matters in dispute, to the arbitrament of S. M. Evans, whose award was to be made the judgment of the court.

At the next term of said court, a judgment, by default,

Steelman *vs.* Owen.

was entered against the defendant below. From this judgment, a writ of error was taken to this court,—and the plaintiff assigns for error :

1. That no judgment should have been rendered against the plaintiff in error, without an issue and verdict ;

2. That the court had no jurisdiction.

*Campbell*, for plaintiff in error.

ORMOND, J.—On an appeal from the judgment of a justice of the peace, when the sum in controversy, (as in this case,) is more than twenty dollars, a declaration or statement of the cause of action, is necessary—(See Roden and others vs. Roland, 1 Stewart's Rep. 266, and cases there cited.) This has not been done in this case; and for that error, as well as for rendering judgment by default final, when the sum was not ascertained, without impanneling a jury to enquire of the damages,—the judgment must be reversed, and the cause remanded.